| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PARADE PLACE, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):   **11-3468594** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK**<br>ZIP CODE **11235** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**NEW YORK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**69-71 EAST 125TH STREET**<br>**NEW YORK, NEW YORK**   ZIP CODE **10035** | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **PARADE PLACE, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**75 EAST 125TH, LLC** | Case Number:<br>**13-13090 (MEG)** | Date Filed:<br>**9/23/13** |
| District:<br>**S.D.N.Y.** | Relationship:<br>**AFFILIATE** | Judge:<br>**GLENN** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐    Exhibit A is attached and made a part of this petition. | **X**    **Not Applicable**<br>—————————————————————<br>     Signature of Attorney for Debtor(s)      Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☑    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>        ————————————————————————<br>        (Name of landlord that obtained judgment)<br><br>        ————————————————————————<br>        (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (12/11)

FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**PARADE PLACE, LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**A. MITCHELL GREENE  Bar No.**
Printed Name of Attorney for Debtor(s) / Bar No.

**ROBINSON BROG LEINWAND GREENE ET AL.**
Firm Name

**875 THIRD AVENUE 9TH FLOOR**
Address

**NEW YORK, NY  10022**

**212-603-6300**
Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**SAADIA SHAPIRO**
Printed Name of Authorized Individual

**MANAGING MEMBER**
Title of Authorized Individual

*9/26/13*
Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                              Chapter 11

**PARADE PLACE, LLC,**                              Case No.: 13

Debtor.
-------------------------------------------------------X

## CERTIFICATE OF RESOLUTION

I, the undersigned, **Saadia Shapiro**, the Managing Member of **Parade Place, LLC** (the

"Company"), do hereby certify that at a meeting of the Company duly called and held, the

following resolutions were adopted and recorded in the Minute Book of the Company, and they

have not been modified or rescinded, and are still in full force and effect:

> **"RESOLVED,** that in the judgment of the Company it is
> desirable and in the best interest of the Company, its creditors,
> members and other interested parties, that a petition be filed by the
> Company for relief under Chapter 11 of title 11 of the United
> States Code (the "Bankruptcy Code"); and it is further

> **"RESOLVED,** that the form of petition under Chapter 11
> presented to this meeting is approved and adopted in all respects,
> and that Saadia Shapiro, the Managing Member of the Company, is
> authorized to execute and verify a petition substantially in such
> form and to cause the same to be filed with the United States
> Bankruptcy Court for the Southern District of New York at such
> time as he shall determine; and it is further

> **"RESOLVED,** that Saadia Shapiro, the Managing Member
> of the Company, is authorized to execute and file all petitions,
> reorganization schedules, lists and other papers and to effectuate
> the filing of the Chapter 11 case, and, in that connection, that the
> firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C.
> be retained and employed as legal counsel for the Company under
> a general retainer, in addition to such special counsel as may
> hereafter become necessary or proper with a view to the successful

conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this
26 day of September, 2013.

PARADE PLACE, LLC

By: _____

SAADIA SHAPIRO, MANAGING MEMBER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:                                          Chapter 11

**PARADE PLACE, LLC,**                          Case No.: 13

Debtor.
------------------------------------------------------X

## AFFIRMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

**Saadia Shapiro**, affirms as follows:

1.      I am the Managing Member of Parade Place, LLC (the "Debtor" or "Parade").

I am fully familiar with the facts set forth herein, and am authorized to make this

Affirmation on behalf of Parade.

2.      Parade owns the real property located at 69 East 125th Street, 71 East 125th

Street and 58 East 126th Street (collectively the "Parade Properties"). An affiliate entity, 75

East 125th LLC1 ("125th LLC" and together with Parade as the "Debtors") owns the real

property and improvements located at 75 East 125th Street, New York, New York (the "125th

LLC Property" and together with the Parade Properties as the "Properties"). The Properties

compose a partially completed development site.

3.      Prior to the date hereof, New York Community Bank advanced $679,250,

$1,100,000 and $1,495,000 to Parade pursuant to three separate notes and first priority

mortgages secured by the Parade Properties. 99 Associates, LLC advanced $475,000 to

Parade pursuant to a note and second priority mortgage secured by the Parade Properties.

---

1 125th LLC filed its own Chapter 11 petition on September 23, 2013 and was assigned case number B-13090
(MEG) and was referred to the Honorable Martin Glenn for all purposes.
{00643001.DOC;1 }

4.    On August 17, 2006, Parade purchased the 125th LLC Property from Samuel's Temple Church of God in Christ, Inc. ("STC"). On December 11, 2006 Parade transferred the 125th LLC Property to the newly formed 125th LLC and LibertyPointe Bank advanced $1,950,000 to 125th LLC to purchase the Property from Parade, of which such proceeds were utilized to pay Parade's purchase of the 125th Property from STC. LibertyPointe Bank subsequently was placed into FDIC receivership and its assets, including the Debtor's obligations to it, were transferred to Valley National Bank. The Debtor also borrowed millions of dollars on an unsecured basis to pay its obligations and fund construction. As part of the consideration paid to STC, STC has a nominal lease to occupy the 125th LLC Property.

5.    125th LLC and Parade also jointly borrowed millions of dollars on an unsecured basis to pay their obligations and fund construction of the development site.

6.    No pre-petition committee was organized prior to the Order for relief.

7.    Parade's Secured Creditors are:

NEW YORK COMMUNITY BANK
615 MERRICK AVENUE
WESTBURY, NEW YORK 11590

NYC DEPARTMENT OF
FINANCE
ATTN: LEGAL
AFFAIRS - DEVORA
COHN, 345 ADAMS
STREET, 3RD FL
BROOKLYN, NY 11201

NYC DEPARTMENT OF
ENVIRONMENTAL
PROTECTION
58-17 JUNCTION
BOULEVARD

{00643001.DOC;1 }                    2

13TH FLOOR
FLUSHING, NY 11373

SIDERIS ENGINEERS P.C.
217-22 NORTHERN BOULEVARD
BAYSIDE, NEW YORK 11361

99 ASSOCIATES, INC.
462 SEVENTH AVENUE
12TH FLOOR
NEW YORK, NEW YORK 10018

8.    The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Schedule "A" to this Affidavit.

9.    To the best of my knowledge, the following are pending suits against Parade:

| Plaintiff | Defendant | Index # | Court |
|---|---|---|---|
| NEW YORK COMMUNITY BANK | PARADE PLACE, LLC SAADIA SHAPIRO, MARLA SHAPIRO, 99 ASSOCIATES, INC., SIDERIS ENGINEERS, PC, THE CITY OF N.Y. ENVIRONMENTAL CONTROL BRD. | 117348/08 | NY Supreme |
| NEW YORK COMMUNITY BANK | PARADE PLACE, LLC, 99 ASSOCIATES, INC., SIDERIS ENGINEERS, PC, THE CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD & "JOHN DOE #1 THRU "JOHN DOE #10, AS POSSIBLE TENANTS IN POSSESSION,SAMUEL'S TEMPLE CHURCH | 117349/08 | NY Supreme |
| NEW YORK COMMUNITY BANK | PARADE PLACE, LLC SAADIA SHAPIRO, MARLA SHAPIRO, 99 ASSOCIATES, INC., SIDERIS ENGINEERS, PC, THE CITY OF N.Y.ENVIRONMENTAL CONTROL BRD. | 117350/08 | NY Supreme |
| CITY OF NEW YORK | 58 EAST 126TH STREET | 400921/09 | NY Supreme |
| SAMUELS TEMPLE CHURCH OF GOD | PARADE PLACE LLC, 75 EAST 125TH LLC ,CHICAGO TITLE INSURANCE CO ,SHAPIRO SAADIA M ,RISHUM TITLE AGENCY & LAND SVC,SAADIA M SHAPIRO ESQ ,SHAPIRO MARLA | 651687/11 | NY Supreme |

10.    The purpose of filing this petition is to preserve the assets of Parade for the benefit of the creditors and equity holders, and to preserve priorities of creditors.

11.    The estimated amount of payroll due to Parade's employees, excluding officers, for a period of thirty days following the filing of the petition is $0.  No salaries are currently being paid to Parade's officers.

{00643001.DOC;1 }                    3

12.    The Parade Properties are vacant. Parade expects to incur no expenses except insurance over the next thirty days.

13.    Parade's financial difficulties were caused by, among other things, the general economic climate and the financial crisis' effect on the Harlem real estate market.

14.    Parade has made no public offering of its securities and no securities issued by Parade are publicly held.

Dated: New York, New York
        September 26 2013

PARADE PLACE, LLC

By: _____
        SAADIA SHAPIRO, MANAGING MEMBER

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Southern District of New York

In re  **PARADE PLACE, LLC**                                    , Case No. _____

                               Debtor                      Chapter  **11**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **VALLEY NATIONAL BANK**<br>**LIBERTYPOINTE REALTY LLC**<br>**1455 VALLEY ROAD**<br>**WAYNE, NJ 07470** | | | **CONTINGENT UNLIQUIDATED DISPUTED** | $4,162,000.00 |
| **GARY BARNETT**<br>**115-19 MAYFAIR ROAD**<br>**KEW GARDENS, NY 11418** | | | | $1,645,008.00 |
| **SURGE PARTNERS, LTD**<br>**60 GREENWAY SOUTH**<br>**FOREST HILLS, NY 11375** | | | | $1,604,692.39 |
| **NEW YORK COMMUNITY BANK**<br>**615 MERRICK AVENUE**<br>**WESTBURY, NY 11590** | | | **UNLIQUIDATED DISPUTED** | $1,323,474.00<br><br>**SECURED VALUE:**<br>$3,700,000.00 |
| **SURGE PARTNERS, LTD**<br>**60 GREENWAY SOUTH**<br>**FOREST HILLS, NY 11375** | | | | $1,107,671.46 |
| **LISA GROSSMAN**<br>**5 DOGWOOD LANE**<br>**LAWRENCE, NY 11559** | | | | $1,094,223.97 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **PARADE PLACE, LLC**                                      , Case No. _____
                          Debtor                          Chapter  **11**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| SANDER HIRTH<br>1032 EAST 10TH STREET<br>BROOKLYN, NEW YORK 11230 | | | | $950,000.00 |
| ESTATE OF ROSE GROSSMAN<br>5 DOGWOOD LANE<br>LAWRENCE, NY 11559 | | | | $781,588.55 |
| ESTATE OF JAKOB GROSSMAN<br>5 DOGWOOD LANE<br>LAWRENCE, NY 11559 | | | | $781,588.55 |
| SURGE PARTNERS, LTD.<br>60 GREENWAY SOUTH<br>FOREST HILLS, NY 11375 | | | | $626,069.53 |
| 99 ASSOCIATES, INC.<br>462 SEVENTH AVENUE<br>12TH FLOOR<br>NEW YORK, NY 10018 | | | UNLIQUIDATED<br>DISPUTED | $475,000.00<br><br>SECURED VALUE:<br>$3,700,000.00 |
| THE 1999 FAMILY TRUST<br>60 GREENWAY SOUTH<br>FOREST HILLS, NY 11375 | | | | $436,848.67 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **PARADE PLACE, LLC** _____,   Case No. _____

Debtor

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **ARIE STAV**<br>**KINNERETH STR. 25**<br>**SHAAREI TIKVA 44810**<br>**ISRAEL** | | | UNLIQUIDATED<br>DISPUTED | $416,369.47 |
| **SHAYA B PACIFIC I, LLC**<br>**752 PACIFIC STREET**<br>**BROOKLYN, NEW YORK 11238** | | | | $387,608.43 |
| **THE 1999 FAMILY TRUST**<br>**60 GREENWAY SOUTH**<br>**FOREST HILLS, NY 11375** | | | | $302,013.96 |
| **SURGE PARTNERS, LTD.**<br>**60 GREENWAY SOUTH**<br>**FOREST HILLS, NY 11375** | | | | $274,994.71 |
| **SHAYA BOYMELGREEN**<br>**752 PACIFIC STREET**<br>**BROOKLYN, NEW YORK 11238** | | | | $270,123.64 |
| **1999 FAMILY TRUST**<br>**60 GREENWAY SOUTH**<br>**FOREST HILLS, NY 11375** | | | | $226,647.57 |

B4 (Official Form 4) (12/07)4 -Cont.

In re PARADE PLACE, LLC                                    Case No. _____

                              Debtor                      Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ESTATE OF ROSE GROSSMAN<br>5 DOGWOOD LANE<br>LAWRENCE, NY 11559 | | | | $204,446.86 |
| KUTNICKI BERNSTEIN ARCHITECTS<br>434 BROADWAY<br>4TH FLOOR<br>NEW YORK, NY 10013 | | | UNLIQUIDATED | $177,435.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, SAADIA SHAPIRO, MANAGING MEMBER of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _9/26/13_                    Signature: _____

                                   SAADIA SHAPIRO ,MANAGING MEMBER
                                   (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court

## Southern District of New York

In re **PARADE PLACE, LLC** _____,    Case No. _____

                                Debtor

                                            Chapter    11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $    3.700.000.00 | | |
| B - Personal Property | YES | 2 | $    0.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 6 | | $    5.525.674.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $    0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $    19.045.410.35 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 4 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 24 | $    3,700,000.00 | $    24,571,084.35 | |

B6A (Official Form 6A) (12/07)

In re:  **PARADE PLACE, LLC** _____    Case No. _____
_____                                           (If known)
                **Debtor**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **REAL PROPERTY AND IMPROVEMENTS LOCATED AT 69 EAST 125TH STREET, NEW YORK, NEW YORK**<br><br>**VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURSIDICTION** | | | **$1,600,000.00** | **$      0.00** |
| **REAL PROPERTY AND IMPROVEMENTS LOCATED AT 71 EAST 125TH STREET, NEW YORK, NEW YORK** | | | **$1,300,000.00** | **$      0.00** |
| **REAL PROPERTY AND IMPROVEMENTS LOCATED AT58 EAST 126TH STREET, NEW YORK, NEW YORK** | | | **$ 800,000.00** | **$      0.00** |

Total  ➤  **$3,700,000.00**

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re __PARADE PLACE, LLC_____,                    Case No. _____
                            Debtor                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re __PARADE PLACE, LLC_____,    Case No. _____
                                Debtor                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____1_____ continuation sheets attached          Total ➤          $    0.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  **PARADE PLACE, LLC**_____,          Case No. _____
                                  Debtor                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | | |
| 99 ASSOCIATES, INC. 462 SEVENTH AVENUE 12TH FLOOR NEW YORK, NY 10018 | | | REAL PROPERTY AND IMPROVEMENTS LOCATED AT 69 EAST 125TH STREET, NEW YORK, NEW YORK<br><br>VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURSIDICTION REAL PROPERTY AND IMPROVEMENTS LOCATED AT 71 EAST 125TH STREET, NEW YORK, NEW YORK REAL PROPERTY AND IMPROVEMENTS LOCATED AT58 EAST 126TH STREET, NEW YORK, NEW YORK<br><br>VALUE $3,700,000.00 | X | X | | 475,000.00 | 475,000.00 |

<u>5</u>     continuation sheets
        attached

                                                          Subtotal  ➤               $    475,000.00  $    475,000.00
                                                          (Total of this page)

                                                          Total  ➤                   $               $
                                                          (Use only on last page)

                                                          (Report also on Summary of   (If applicable, report
                                                          Schedules)                   also on Statistical
                                                                                       Summary of Certain
                                                                                       Liabilities and
                                                                                       Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  PARADE PLACE, LLC _____,    Case No. _____
                            Debtor                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | X | X | 1,312,818.00 | 0.00 |
| NEW YORK COMMUNITY BANK 615 MERRICK AVENUE WESTBURY, NY 11590 | | | REAL PROPERTY AND IMPROVEMENTS LOCATED AT 69 EAST 125TH STREET, NEW YORK, NEW YORK | | | | | |
| CULLEN & DYKMAN 100 QUENTIN RSVLT BLVD GARDEN CITY, NY 11530 | | | VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURSIDICTION REAL PROPERTY AND IMPROVEMENTS LOCATED AT 71 EAST 125TH STREET, NEW YORK, NEW YORK REAL PROPERTY AND IMPROVEMENTS LOCATED AT58 EAST 126TH STREET, NEW YORK, NEW YORK | | | | | |
| | | | VALUE $3,700,000.00 | | | | | |

Sheet no. 1 of 5 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  1,312,818.00 | $        0.00 |
| $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  __PARADE PLACE, LLC_____ ,     Case No. _____
                  Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**NEW YORK COMMUNITY BANK**<br>**615 MERRICK AVENUE**<br>**WESTBURY, NY 11590**<br><br><br>**CULLEN & DYKMAN**<br>**100 QUENTIN RSVLT BLVD**<br>**GARDEN CITY, NY 11530** | X | | **REAL PROPERTY AND IMPROVEMENTS LOCATED AT 69 EAST 125TH STREET, NEW YORK, NEW YORK**<br><br>**VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURSIDICTION**<br>**REAL PROPERTY AND IMPROVEMENTS LOCATED AT 71 EAST 125TH STREET, NEW YORK, NEW YORK**<br>**REAL PROPERTY AND IMPROVEMENTS LOCATED AT58 EAST 126TH STREET, NEW YORK, NEW YORK** | | X | X | 2,526,307.00 | 1,323,474.00 |
| | | | **VALUE $3,700,000.00** | | | | | |

Sheet no. _2_ of _5_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal   >
(Total of this page)

Total   >
(Use only on last page)

| | |
|---|---|
| $   2,526,307.00 | $  1,323,474.00 |
| $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **PARADE PLACE, LLC** _____ ,        Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | X | X | 1,184,349.00 | 0.00 |
| **NEW YORK COMMUNITY BANK 615 MERRICK AVENUE WESTBURY, NY 11590** | | | **REAL PROPERTY AND IMPROVEMENTS LOCATED AT 69 EAST 125TH STREET, NEW YORK, NEW YORK** | | | | | |
| **CULLEN & DYKMAN 100 QUENTIN RSVLT BLVD GARDEN CITY, NY 11530** | | | **VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURSIDICTION REAL PROPERTY AND IMPROVEMENTS LOCATED AT 71 EAST 125TH STREET, NEW YORK, NEW YORK REAL PROPERTY AND IMPROVEMENTS LOCATED AT58 EAST 126TH STREET, NEW YORK, NEW YORK** | | | | | |
| | | | **VALUE $3,700,000.00** | | | | | |

Sheet no. _3_ of _5_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  >
(Total of this page)

Total  >
(Use only on last page)

| $ 1,184,349.00 | $          0.00 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re   **PARADE PLACE, LLC** _____ ,       Case No. _____
                                        Debtor                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | 0.00 | 0.00 |
| **NYC DEPARTMENT OF FINANCE ATTN: LEGAL AFFAIRS - DEVORA COHN 345 ADAMS STREET, 3RD FL BROOKLYN, NY 11201** <br><br> **CORP. COUNSEL FOR NEW YORK CITY TAX AND BANKRUPTCY DIVISION 100 CHURCH STREET NEW YORK, NY 10007** | | | **REAL PROPERTY AND IMPROVEMENTS LOCATED AT 69 EAST 125TH STREET, NEW YORK, NEW YORK** <br><br> **VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURSIDICTION** <br> **REAL PROPERTY AND IMPROVEMENTS LOCATED AT 71 EAST 125TH STREET, NEW YORK, NEW YORK** <br> **REAL PROPERTY AND IMPROVEMENTS LOCATED AT58 EAST 126TH STREET, NEW YORK, NEW YORK** | | | | | |
| | | | **VALUE $3,700,000.00** | | | | | |

Sheet no. _4_ of _5_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal   ➤
(Total of this page)

Total   ➤
(Use only on last page)

| | |
|---|---|
| $    0.00 | $    0.00 |
| $ | $ |

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **PARADE PLACE, LLC**_____,        Case No. _____

                    **Debtor**                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**SIDERIS ENGINEERS P.C.**<br>**217-22 NORTHERN BLVD.**<br>**BAYSIDE, NY 11361** | | | **REAL PROPERTY AND IMPROVEMENTS LOCATED AT 69 EAST 125TH STREET, NEW YORK, NEW YORK**<br><br>**VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURSIDICTION**<br>**REAL PROPERTY AND IMPROVEMENTS LOCATED AT 71 EAST 125TH STREET, NEW YORK, NEW YORK**<br>**REAL PROPERTY AND IMPROVEMENTS LOCATED AT58 EAST 126TH STREET, NEW YORK, NEW YORK** | | | | 27,200.00 | 27,200.00 |
| | | | **VALUE $3,700,000.00** | | | | | |

Sheet no. _5_ of _5_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

| | |
|---|---|
| $      27,200.00 | $      27,200.00 |

Total  ➤
(Use only on last page)

| | |
|---|---|
| $   5,525,674.00 | $ 1,825,674.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re    **PARADE PLACE, LLC**                                          Case No. _____
                          Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑    **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑    **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re  **PARADE PLACE, LLC**                                              Case No. _____
                                                                                    (If known)
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19114<br><br>US ATTORNEY OFFICE - EDNY<br>CIVIL DIVISION, BANKRUPTC<br>271 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201<br><br>US ATTORNEY OFFICE - SDNY<br>86 CHAMBERS STREET<br>NEW YORK, NEW YORK 10007 | | | FOR NOTICE PURPOSES ONLY | X | X | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br><br>NEW YORK STATE DEPARTMENT OF FINANC<br>BANKRUPTCY/SPECIAL PROCEDURES SECT<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300<br><br>OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY, NY 12224 | | | FOR NOTICE PURPOSES ONLY | X | X | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br><br>NYC WATER BOARD<br>PO BOX 410<br>NEW YORK, NY 10008-0410 | | | FOR NOTICE PURPOSES ONLY | X | X | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br><br>NYS UNEMPLOYMENT INSURANCE FUND<br>P.O. BOX 551<br>ALBANY, NY 12201 | | | FOR NOTICE PURPOSES ONLY | X | X | X | 0.00 | 0.00 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotals►<br>(Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| Total ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 0.00 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re __PARADE PLACE, LLC_____,          Case No. _____
                          **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**1999 FAMILY TRUST**<br>**60 GREENWAY SOUTH**<br>**FOREST HILLS, NY 11375** | X | | | | | | 226,647.57 |
| ACCOUNT NO.<br><br>**1999 FAMILY TRUST**<br>**60 GREENWAY SOUTH**<br>**FOREST HILLS, NY 11375** | X | | | | | | 105,725.78 |
| ACCOUNT NO.<br><br>**ALLAN WEISS**<br>**644 OAKLAND AVENUE**<br>**CEDARHURST, NY 11516** | X | | | | | | 13,484.78 |
| ACCOUNT NO.<br><br>**ALLAN WEISS**<br>**644 OAKLAND AVENUE**<br>**CEDARHURST, NY 11516** | X | | | | | | 51,935.97 |
| ACCOUNT NO.<br><br>**ARIE STAV**<br>**KINNERETH STR. 25**<br>**SHAAREI TIKVA 44810**<br>**ISRAEL** | X | | | | X | X | 416,369.47 |

__7__  Continuation sheets attached

                                                              Subtotal  ➤  $        814,163.57

                                                              Total  ➤  $
                                        (Use only on last page of the completed Schedule F.)
                                  (Report also on Summary of Schedules and, if applicable on the Statistical
                                          Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **PARADE PLACE, LLC** _____   Case No. _____
　　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**ESTATE OF JAKOB GROSSMAN**<br>**5 DOGWOOD LANE**<br>**LAWRENCE, NY 11559** | X | | | | | | 781,588.55 |
| ACCOUNT NO.<br><br>**ESTATE OF ROSE GROSSMAN**<br>**5 DOGWOOD LANE**<br>**LAWRENCE, NY 11559** | X | | | | | | 781,588.55 |
| ACCOUNT NO.<br><br>**ESTATE OF ROSE GROSSMAN**<br>**5 DOGWOOD LANE**<br>**LAWRENCE, NY 11559** | X | | | | | | 204,446.86 |
| ACCOUNT NO.<br><br>**FUTURE TECH CONSULTANTS OF NY**<br>**52 EAST 2ND STREET**<br>**MINEOLA, NY 11501** | X | | | | X | | 6,600.00 |
| ACCOUNT NO.<br><br>**GARY BARNETT**<br>**115-19 MAYFAIR ROAD**<br>**KEW GARDENS, NY 11418** | X | | | | | | 1,645,008.00 |

　　　　　　　　_7_   Continuation sheets attached

Sheet no. _1_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　Subtotal ▶ $ ‖ 3,419,231.96

　　　　　　　　　　　　　　　　　　　　　　　　　　Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **PARADE PLACE, LLC** _____    Case No. _____
                                  Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | X | | 71,250.00 |
| **GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS** 31 WEST 27TH STREET NEW YORK, NY 10001 | | | | | | | |
| ACCOUNT NO. | X | | | | X | | 177,435.00 |
| **KUTNICKI BERNSTEIN ARCHITECTS** 434 BROADWAY 4TH FLOOR NEW YORK, NY 10013 | | | | | | | |
| ACCOUNT NO. | X | | | | | | 1,094,223.97 |
| **LISA GROSSMAN** 5 DOGWOOD LANE LAWRENCE, NY 11559 | | | | | | | |
| ACCOUNT NO. | X | | | | | | 50,000.00 |
| **MARTA SHAPIRO, DECEASED** C/O SAADIA SHAPIRO 267 MAPLE STREET ENGLEWOOD, NJ 07631 | | | | | | | |
| ACCOUNT NO. | X | | | | | | 145,036.17 |
| **MURRY ENGLARD** 217 WOODSIDE DRIVE HEWLETT, NY 11557 | | | | | | | |

_7_  Continuation sheets attached

Sheet no. _2_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▶  $  **1,537,945.14**

Total  ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __PARADE PLACE, LLC_____          Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**SAMUELS TEMPLE CHURCH OF GOD IN CHRIST**<br>**75 EAST 125TH STREET**<br>**NEW YORK, NY 10035** | | | FOR NOTICE PURPOSES ONLY | | X | X | 1,500,000.00 |
| ACCOUNT NO.<br><br>**SANDER HIRTH**<br>**1032 EAST 10TH STREET**<br>**BROOKLYN, NEW YORK 11230** | X | | | | | | 950,000.00 |
| ACCOUNT NO.<br><br>**SHAPIRO AND ASSOCIATES**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | X | | | | X | | 700,918.31 |
| ACCOUNT NO.<br><br>**SHAYA B PACIFIC I, LLC**<br>**752 PACIFIC STREET**<br>**BROOKLYN, NEW YORK 11238** | X | | | | | | 387,608.43 |
| ACCOUNT NO.<br><br>**SHAYA BOYMELGREEN**<br>**752 PACIFIC STREET**<br>**BROOKLYN, NEW YORK 11238** | X | | | | | | 270,123.64 |

_7_  Continuation sheets attached

Sheet no. _3_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ $              3,808,650.38

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **PARADE PLACE, LLC**                                              Case No. _____
                                   Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**SURGE PARTNERS LTD**<br>**60 GREENWAY SOUTH**<br>**FOREST HILLS, NY 11375** | X | | | | | | 132,794.95 |
| ACCOUNT NO.<br><br>**SURGE PARTNERS, LTD**<br>**60 GREENWAY SOUTH**<br>**FOREST HILLS, NY 11375** | X | | | | | | 1,604,692.39 |
| ACCOUNT NO.<br><br>**SURGE PARTNERS, LTD**<br>**60 GREENWAY SOUTH**<br>**FOREST HILLS, NY 11375** | X | | | | | | 1,107,671.46 |
| ACCOUNT NO.<br><br>**SURGE PARTNERS, LTD.**<br>**60 GREENWAY SOUTH**<br>**FOREST HILLS, NY 11375** | X | | | | | | 626,069.53 |
| ACCOUNT NO.<br><br>**SURGE PARTNERS, LTD.**<br>**60 GREENWAY SOUTH**<br>**FOREST HILLS, NY 11375** | X | | | | | | 138,563.08 |

_7_   Continuation sheets attached

Sheet no. _4_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    >   $   **3,609,791.41**

Total    >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __PARADE PLACE, LLC_____          Case No. _____
                        Debtor                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **SURGE PARTNERS, LTD.** <br> **60 GREENWAY SOUTH** <br> **FOREST HILLS, NY 11375** | X | | | | | | 274,994.71 |
| ACCOUNT NO. <br><br> **SURGE PARTNERS, LTD.** <br> **60 GREENWAY SOUTH** <br> **FOREST HILLS, NY 11375** | X | | | | | | 140,496.36 |
| ACCOUNT NO. <br><br> **SURGE PARTNERS, LTD.** <br> **60 GREENWAY SOUTH** <br> **FOREST HILLS, NY 11375** | X | | | | | | 117,700.62 |
| ACCOUNT NO. <br><br> **THE 1999 FAMILY TRUST** <br> **60 GREENWAY SOUTH** <br> **FOREST HILLS, NY 11375** | X | | | | | | 302,013.96 |
| ACCOUNT NO. <br><br> **THE 1999 FAMILY TRUST** <br> **60 GREENWAY SOUTH** <br> **FOREST HILLS, NY 11375** | X | | | | | | 87,333.24 |

_7_  Continuation sheets attached

Sheet no. _5_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $ | 922,538.89

Total  ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **PARADE PLACE, LLC**_____     Case No. _____
                                     **Debtor**                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>THE 1999 FAMILY TRUST<br>60 GREENWAY SOUTH<br>FOREST HILLS, NY 11375 | X | | | | | | 436,848.67 |
| ACCOUNT NO.<br><br>VALLEY NATIONAL BANK<br>LIBERTYPOINTE REALTY LLC<br>1455 VALLEY ROAD<br>WAYNE, NJ 07470<br><br>CULLEN & DYKMAN<br>100 QUENTIN RSVLT BLVD<br>GARDEN CITY, NY 11530 | X | | FOR NOTICE PURPOSES ONLY | X | X | X | 4,162,000.00 |
| ACCOUNT NO.<br><br>WILLIAM VITACCO ASSOCIATES, LTD.<br>299 BROADWAY<br>SUITE 500<br>NEW YORK, NY 10007 | X | | | | X | | 17,248.50 |
| ACCOUNT NO.<br><br>WILLIAM WELWART<br>57 JOSEPH AVENUE<br>STATEN ISLAND, NY 10314 | X | | | | | | 93,738.75 |
| ACCOUNT NO.<br><br>WILLIAM WELWART<br>57 JOSEPH AVENUE<br>STATEN ISLAND, NY 10314 | X | | | | | | 9,547.40 |

          <u>7</u>   Continuation sheets attached

Sheet no. <u>6</u> of <u>7</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                              Subtotal  ➤  $    **4,719,383.32**

                                                       Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **PARADE PLACE, LLC**                                    Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**YITZ GROSSMAN<br>5 DOGWOOD LANE<br>LAWRENCE, NY 11559** | X | | | | | | 142,470.45 |
| ACCOUNT NO.<br><br>**YITZ GROSSMAN<br>5 DOGWOOD LANE<br>LAWRENCE, NY 11559** | X | | | | | | 71,235.23 |

_7_  Continuation sheets attached

Sheet no. _7_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $ | 213,705.68

Total ▸ $ | 19,045,410.35

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **PARADE PLACE, LLC**                                          ,          Case No. _____
                              **Debtor**                                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re: **PARADE PLACE, LLC**                                    Case No. _____
_____                                                    (If known)
                        **Debtor**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235**<br><br>**75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **1999 FAMILY TRUST**<br>**60 GREENWAY SOUTH**<br>**FOREST HILLS, NY 11375** |
| **SAADIA SHAPIRO**<br>**267 MAPLE STREET**<br>**ENGLEWOOD, NJ 07631** | **99 ASSOCIATES, INC.**<br>**462 SEVENTH AVENUE**<br>**12TH FLOOR**<br>**NEW YORK, NY 10018** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235**<br><br>**75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **ALLAN WEISS**<br>**644 OAKLAND AVENUE**<br>**CEDARHURST, NY 11516** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **ARIE STAV**<br>**KINNERETH STR. 25**<br>**SHAAREI TIKVA 44810**<br>**ISRAEL** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **ESTATE OF JAKOB GROSSMAN**<br>**5 DOGWOOD LANE**<br>**LAWRENCE, NY 11559** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235**<br><br>**75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **ESTATE OF ROSE GROSSMAN**<br>**5 DOGWOOD LANE**<br>**LAWRENCE, NY 11559** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **FUTURE TECH CONSULTANTS OF NY**<br>**52 EAST 2ND STREET**<br>**MINEOLA, NY 11501** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **GARY BARNETT**<br>**115-19 MAYFAIR ROAD**<br>**KEW GARDENS, NY 11418** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **GOLDSTEIN ASSOCIATES**<br>**CONSULTING ENGINEERS**<br>**31 WEST 27TH STREET**<br>**NEW YORK, NY 10001** |
| | |

B6H (Official Form 6H) (12/07) -Cont.

In re: **PARADE PLACE, LLC**                                     Case No. _____
_____                              (If known)
                    **Debtor**

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **KUTNICKI BERNSTEIN ARCHITECTS**<br>**434 BROADWAY**<br>**4TH FLOOR**<br>**NEW YORK, NY 10013** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **LISA GROSSMAN**<br>**5 DOGWOOD LANE**<br>**LAWRENCE, NY 11559** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **MARTA SHAPIRO, DECEASED**<br>**C/O SAADIA SHAPIRO**<br>**267 MAPLE STREET**<br>**ENGLEWOOD, NJ 07631** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **MURRY ENGLAND**<br>**217 WOODSIDE DRIVE**<br>**HEWLETT, NY 11557** |
| **MARLA SHAPIRO**<br>**267 MAPLE STREET**<br>**ENGLEWOOD, NJ 07631**<br><br>**MARLA SHAPIRO**<br>**267 MAPLE STREET**<br>**ENGLEWOOD, NJ 07631**<br><br>**MARLA SHAPIRO**<br>**267 MAPLE STREET**<br>**ENGLEWOOD, NJ 07631**<br><br>**SAADIA SHAPIRO**<br>**267 MAPLE STREET**<br>**ENGLEWOOD, NJ 07631**<br><br>**SAADIA SHAPIRO**<br>**267 MAPLE STREET**<br>**ENGLEWOOD, NJ 07631**<br><br>**SAADIA SHAPIRO**<br>**267 MAPLE STREET**<br>**ENGLEWOOD, NJ 07631** | **NEW YORK COMMUNITY BANK**<br>**615 MERRICK AVENUE**<br>**WESTBURY, NY 11590** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **SANDER HIRTH**<br>**1032 EAST 10TH STREET**<br>**BROOKLYN, NEW YORK 11230** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **SHAPIRO AND ASSOCIATES**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **SHAYA B PACIFIC I, LLC**<br>**752 PACIFIC STREET**<br>**BROOKLYN, NEW YORK 11238** |

B6H (Official Form 6H) (12/07) -Cont.

In re: **PARADE PLACE, LLC**                                          Case No. _____
                        _____,                                        (If known)
                              Debtor

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **SHAYA BOYMELGREEN**<br>**752 PACIFIC STREET**<br>**BROOKLYN, NEW YORK 11238** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **SURGE PARTNERS LTD**<br>**60 GREENWAY SOUTH**<br>**FOREST HILLS, NY 11375** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **SURGE PARTNERS, LTD**<br>**60 GREENWAY SOUTH**<br>**FOREST HILLS, NY 11375** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **SURGE PARTNERS, LTD.**<br>**60 GREENWAY SOUTH**<br>**FOREST HILLS, NY 11375** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **THE 1999 FAMILY TRUST**<br>**60 GREENWAY SOUTH**<br>**FOREST HILLS, NY 11375** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **VALLEY NATIONAL BANK**<br>**LIBERTYPOINTE REALTY LLC**<br>**1455 VALLEY ROAD**<br>**WAYNE, NJ 07470** |
| | |

B6H (Official Form 6H) (12/07) -Cont.

In re: **PARADE PLACE, LLC**                                    Case No. _____
_____,                              (If known)
                              Debtor

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **WILLIAM VITACCO ASSOCIATES, LTD.**<br>**299 BROADWAY**<br>**SUITE 500**<br>**NEW YORK, NY 10007** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235**<br><br>**75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **WILLIAM WELWART**<br>**57 JOSEPH AVENUE**<br>**STATEN ISLAND, NY 10314** |
| **75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235**<br><br>**75 EAST 125TH LLC**<br>**3145 CONEY ISLAND AVENUE**<br>**BROOKLYN, NEW YORK 11235** | **YITZ GROSSMAN**<br>**5 DOGWOOD LANE**<br>**LAWRENCE, NY 11559** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  PARADE PLACE, LLC _____     Case No. _____
                        Debtor                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I SAADIA SHAPIRO, the **MANAGING MEMBER** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **25** _____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___ 9/26/13 ___          Signature: _____

                                        SAADIA SHAPIRO MANAGING MEMBER
                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

**United States Bankruptcy Court**
**Southern District of New York**

In re:   PARADE PLACE, LLC

Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **SAADIA SHAPIRO**<br>**267 MAPLE STREET**<br>**ENGLEWOOD, NJ 07631** | **MEM. INT.** | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **SAADIA SHAPIRO, MANAGING MEMBER** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:   9/26/13

SAADIA SHAPIRO, MANAGING MEMBER, PARADE PLACE, LLC

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

List of Equity Security Holders - Page 1

## United States Bankruptcy Court
## Southern District of New York

In re  **PARADE PLACE, LLC**

Case No.

Debtor.

Chapter    **11**

### STATEMENT OF CORPORATE OWNERSHIP

Comes now **PARADE PLACE, LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                                       **% of Shares Owned**

**None**

OR,

_____**X**_____  There are no entities to report.

By: _____

**A. MITCHELL GREENE**
Signature of Attorney

Counsel for  **PARADE PLACE, LLC**

Bar no.:

Address.:  **ROBINSON BROG LEINWAND GREENE ET AL.**
**875 THIRD AVENUE**
**9TH FLOOR**
**NEW YORK, NY**
**10022**

Telephone No.: **212-603-6300**

Fax No.:

E-mail address:

B7 (Official Form 7) (4/10)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: __PARADE PLACE, LLC_____,    Case No. _____

Debtor                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| | **NO INCOME** | |

### 2.  Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

2

None ☑ **b.** *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑ **c.** *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER **SEE 1007 AFFIRMATION OF SAADIA SHAPIRO** | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ROBINSON BROG LEINWAND GREENE ET AL 875 THIRD AVENUE 9TH FLOOR NEW YORK, NY 10022** | | **$16,213 ($1,213 FOR THE CHAPTER 11 FILING FEE)** |

4

## 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

5

### 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16.  Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a.   List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ☑ b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

6

None
☑

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None
☑

a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
☑

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19.  Books, records and financial statements

None
☑

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
☑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **DEBTOR** | **3145 CONEY ISLAND AVENUE BROOKLYN, NEW YORK 11235** |

None
☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **SAADIA SHAPRIO**<br>**267 MAPLE STREET**<br>**ENGLEWOOD, NJ 07631** | **MANAGING MEMBER** | **100%** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

8

### 24. Tax Consolidation Group.

None
☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None
☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    9/26/13                    Signature _____

SAADIA SHAPIRO, MANAGING MEMBER
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   **PARADE PLACE, LLC**

_____
Debtor

Case No. _____

Chapter **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **5** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _____9/26/13_____

Signed: _____
**A. MITCHELL GREENE**
Attorney for Debtor(s)
Bar no.:
**ROBINSON BROG LEINWAND GREENE ET AL.**
**875 THIRD AVENUE**
**9TH FLOOR**
**NEW YORK, NY**
**10022**
Telephone No.:   **212-603-6300**
Fax No.:
E-mail address:

Signed: _____
**SAADIA SHAPIRO**

CULLEN & DYKMAN
100 QUENTIN RSVLT BLVD
GARDEN CITY, NY 11530


1999 FAMILY TRUST
60 GREENWAY SOUTH
FOREST HILLS, NY 11375


75 EAST 125TH LLC
3145 CONEY ISLAND AVENUE
BROOKLYN, NEW YORK 11235


99 ASSOCIATES, INC.
462 SEVENTH AVENUE
12TH FLOOR
NEW YORK, NY 10018


ALLAN WEISS
644 OAKLAND AVENUE
CEDARHURST, NY 11516


ARIE STAV
KINNERETH STR. 25
SHAAREI TIKVA 44810
ISRAEL


CORP. COUNSEL FOR NEW YORK CITY
TAX AND BANKRUPTCY DIVISION
100 CHURCH STREET
NEW YORK, NY 10007


KUTNICKI BERNSTEIN ARCHITECTS
434 BROADWAY
4TH FLOOR
NEW YORK, NY 10013


MARTA SHAPIRO, DECEASED
C/O SAADIA SHAPIRO
267 MAPLE STREET
ENGLEWOOD, NJ 07631

FUTURE TECH CONSULTANTS OF NY
52 EAST 2ND STREET
MINEOLA, NY 11501


GARY BARNETT
115-19 MAYFAIR ROAD
KEW GARDENS, NY 11418


GOLDSTEIN ASSOCIATES
CONSULTING ENGINEERS
31 WEST 27TH STREET
NEW YORK, NY 10001


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19114


ESTATE OF JAKOB GROSSMAN
5 DOGWOOD LANE
LAWRENCE, NY 11559


LISA GROSSMAN
5 DOGWOOD LANE
LAWRENCE, NY 11559


ESTATE OF ROSE GROSSMAN
5 DOGWOOD LANE
LAWRENCE, NY 11559


MURRY ENGLARD
217 WOODSIDE DRIVE
HEWLETT, NY 11557


SHAYA B PACIFIC I, LLC
752 PACIFIC STREET
BROOKLYN, NEW YORK 11238

```
NEW YORK COMMUNITY BANK
615 MERRICK AVENUE
WESTBURY, NY 11590




NEW YORK STATE DEPARTMENT OF FINANC
BANKRUPTCY/SPECIAL PROCEDURES SECT
P.O. BOX 5300
ALBANY, NY 12205-0300




NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS STREET, 3RD FL
BROOKLYN, NY 11201




NYC WATER BOARD
PO BOX 410
NEW YORK, NY 10008-0410




NYS UNEMPLOYMENT INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201




OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224




ESTATE OF ROSE GROSSMAN
5 DOGWOOD LANE
LAWRENCE, NY 11559




MARLA SHAPIRO
267 MAPLE STREET
ENGLEWOOD, NJ 07631




SAADIA SHAPIRO
267 MAPLE STREET
ENGLEWOOD, NJ 07631
```

SAMUELS TEMPLE CHURCH OF GOD IN CHR
75 EAST 125TH STREET
NEW YORK, NY 10035


SANDER HIRTH
1032 EAST 10TH STREET
BROOKLYN, NEW YORK 11230


SHAPIRO AND ASSOCIATES
3145 CONEY ISLAND AVENUE
BROOKLYN, NEW YORK 11235


SURGE PARTNERS, LTD
60 GREENWAY SOUTH
FOREST HILLS, NY 11375


SHAYA BOYMELGREEN
752 PACIFIC STREET
BROOKLYN, NEW YORK 11238


SIDERIS ENGINEERS P.C.
217-22 NORTHERN BLVD.
BAYSIDE, NY 11361


SURGE PARTNERS LTD
60 GREENWAY SOUTH
FOREST HILLS, NY 11375


SURGE PARTNERS, LTD
60 GREENWAY SOUTH
FOREST HILLS, NY 11375


SURGE PARTNERS, LTD.
60 GREENWAY SOUTH
FOREST HILLS, NY 11375

SURGE PARTNERS, LTD.
60 GREENWAY SOUTH
FOREST HILLS, NY 11375


SURGE PARTNERS, LTD.
60 GREENWAY SOUTH
FOREST HILLS, NY 11375


THE 1999 FAMILY TRUST
60 GREENWAY SOUTH
FOREST HILLS, NY 11375


US ATTORNEY OFFICE - EDNY
CIVIL DIVISION, BANKRUPTC
271 CADMAN PLAZA EAST
BROOKLYN, NY 11201


US ATTORNEY OFFICE - SDNY
86 CHAMBERS STREET
NEW YORK, NEW YORK 10007


VALLEY NATIONAL BANK
LIBERTYPOINTE REALTY LLC
1455 VALLEY ROAD
WAYNE, NJ 07470


WILLIAM VITACCO ASSOCIATES, LTD.
299 BROADWAY
SUITE 500
NEW YORK, NY 10007


WILLIAM WELWART
57 JOSEPH AVENUE
STATEN ISLAND, NY 10314


YITZ GROSSMAN
5 DOGWOOD LANE
LAWRENCE, NY 11559